

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:24-cr-00069-JAW |
| NIKESHIA KNIGHT | |

## INDICTMENT

The Grand Jury charges:

On about June 16, 2022, within the District of Maine, the defendant,

**NIKESHIA KNIGHT**

aided, abetted, counseled, commanded, and induced another individual ("Individual 1") to knowingly make false statements and representations to A&G Shooting Supply, Fairfield, Maine, a Federally Licensed Firearms Dealer ("FFL") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL's records. Specifically, Individual 1 executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transaction Records, falsely in connection with Individual 1's purchase of a Century CUGIR, model Micro Draco, 7.62 x 39 caliber pistol, serial number 22PMD-28762, from A&G Shooting Supply in Fairfield, Maine. On the Form 4473, Individual 1 misrepresented as true, correct, and complete in Section B, Box 21.a, that Individual 1 was the actual transferee/buyer of the firearm, and was not buying the firearm on behalf of another person, when in fact, Individual 1 purchased the firearm at the direction of, and with funds provided by, KNIGHT.

In this way, the defendant violated Title 18, United States Code, Section 922(a)(6)

and 2.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: 6/12/24