UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NIKESHIA KNIGHT

No. 1:24-cr-00069(JAW)

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through its attorneys, Craig M. Wolff, Acting United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, respectfully submits this sentencing memorandum to assist the Court in its determination of an appropriate sentence.

In order to assist the court in ensuring there are no unfair sentencing disparities for similarly-situated defendants, the government notes that Jason Palmer (1:23-cr-00092-JAW) was involved with the firearm straw purchase scheme with Nikeshia Knight. Specifically, Ms. Knight provided money to Jason Palmer to purchase two firearms for her and provided Mr. Palmer narcotics after these purchases. These purchases took place on June 16, 2022 and June 18, 2022. As the court will recall, Mr. Palmer had no prior criminal history and received a sentence of 12 months and 1 day, and three years of supervised release. See 1:23-cr-00092-JAW, Docket # 37.

Respectfully submitted,

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY


By:    /s/ Andrew McCormack
Andrew McCormack
Assistant United States Attorney

Dated:  February 24, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed this

Government's Sentencing Memorandum with the Clerk of Court using the

CM/ECF system which will send notifications of such filing to Scott Hess.

Respectfully submitted,

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY


By:   /s/ Andrew McCormack
Andrew McCormack
Assistant United States Attorney

3